IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. BUCKSHAW,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMTRAK, THE HOSPITAL AT THE UNIVERSITY OF PENNSYLVANIA, THE PENNSYLVANIA CONVENTION CENTER AUTHORITY, and PHILADELPHIA MUNICIPAL COURT<br><br>　　　　　　　Defendants. | Civil Action No. 02-4450 |

**MEMORANDUM / ORDER**

July __, 2002

　　　　This court has received an application to proceed in forma pauperis from pro se plaintiff John J. Buckshaw.  The application discloses that Mr. Buckshaw is in possession of $50 in cash and that his income from his advertising business is only enough to meet his expenses.  The application therefore demonstrates that Mr. Buckshaw is unable to pay the filing fees for this case.  *See* 28 U.S.C. § 1915.  Accordingly, his application for leave to proceed in forma pauperis is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pollak, J.