IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN J. BUCKSHAW | : | NO. 02-4450 |

## ORDER

Pursuant to Federal Rules of Civil Procedure 16(b)(1)-(3) and 26(f), a pretrial conference in this matter will be held on **November 12, 2002, at 2:00 p.m.** before the Honorable M. Faith Angell, United States Magistrate Judge. Room 3030, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

It is the obligation of counsel for the plaintiff to serve a copy of this Order upon counsel for all of the defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

Date: October 23, 2002

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE