IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| v. | : | |
| JOHN J. BUCKSHAW | : | NO. 02-4450 |

## ORDER

AND NOW, this 4th day of November, 2002, it is hereby **ORDERED** that the Rule 16 Preliminary Pretrial Conference scheduled for November 12, 2002, is CONTINUED. It will be rescheduled at a later time, if appropriate.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE