IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| v. | : | |
| JOHN J. BUCKSHAW | : | NO. 02-4450 |

### ORDER

AND NOW, this 7th day of November, 2002, upon consideration of Defendant John J. Buckshaw's Notice of Removal of the above-captioned action filed with this Court on July 30, 2002, it appears that Defendant's removal concerns a summary citation from Philadelphia Municipal Court, which is not within the jurisdiction of this Court.

Furthermore, the docket does not reveal that the Notice of Removal was forwarded to the United States Marshal's Service to be served upon the Commonwealth of Pennsylvania. Neither does the docket reveal that Mr. Buckshaw has served the document himself.

It is hereby **ORDERED** that Mr. Buckshaw shall file, within thirty (30) days, but no later than **December 9, 2002**, an Amended Notice of Removal in which he shall state in brief numbered paragraphs the specific pending matter he wishes to remove to this Court and the legal ground relied upon to do so. He shall also indicate when, and how, service was made upon the opposing party.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE